# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS EDWARD VEASY** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA;** | : | |
| **CAROL ROANE,** Assistant Director, | : | |
| Philadelphia VAROIC; | : | **CIVIL ACTION** |
| **MICHAEL SHAPIRO, M.D.,** Hospital | : | No. 16-4151 |
| Administrator; | : | |
| **DR. GUYLAI, M.D.,** Psy. Behavioral | : | |
| Restrictions Committee Chairman; | : | |
| **TIMONTHY KELLY,** Patient Advocate, | : | |
| VAMC/VAROIC; | : | |
| **JEFFREY KAUFMAN,** Chief, VA Police Dept.; | : | |
| **LISA CATES,** Captain, VA Police Dept.; | : | |
| Respondents. | : | |

**MCHUGH, J.**

## ORDER

This 9th day of February, 2017, upon consideration of the Petition for Writ of Mandamus, the Government's Motion for Summary Judgment, and the response thereto, it is hereby

**ORDERED** that the Government's Motion is **GRANTED** and the Petition is dismissed.

          /s/ Gerald Austin McHugh
United States District Judge